**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                             )<br>      Plaintiff,                              )<br>                                                             )     Case No. 25-cv-1852-JPG<br>      v.                                           )<br>                                                             )<br>MARCIA JOHNSTON,                 )<br>                                                             )<br>      Defendant.                          ) | |

**CONSENT DECREE AND FINAL JUDGMENT**

Plaintiff, United States of America ("Plaintiff"), commenced the above-captioned action in this Court on October 2, 2025 with a complaint pursuant to 18 U.S.C. § 1345, alleging that Defendant Marcia Johnston, is committing or about to commit a violation of the wire fraud statutes, 18 U.S.C. §§ 1343 and 1349.

Plaintiff and Defendant, acting pro se, wish to resolve Plaintiff's allegations without litigation and jointly request and consent to the entry of this Stipulated Consent Decree and Final Judgment ("Consent Decree") without Defendant's admission of liability or wrongdoing.

Defendant has entered this Consent Decree freely and without coercion.  Defendant further acknowledges that she has read the provisions of this Consent Decree, understands them, and is prepared to abide by them.

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** as follows:

1.     This Court has jurisdiction over this matter and the parties pursuant to 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.  Venue is proper in this District under 28 U.S.C. § 1391(b) and (c).

2.     Defendant neither admits nor denies the allegations in the Complaint.  Only for purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

3. For purposes of this Consent Decree:

   a. "Defendant" means Marcia Johnston.

   b. "Person" means an individual, a corporation, a partnership, or any other entity.

   c. "Funds" include any currency, check, money order, stored value card, stored value card numbers, bank wire transmission, automated clearing house transmission, or other monetary value.

   d. "Money transmitting business" refers to the activity of, for a fee, receiving funds from one person for the purpose of transmitting the funds, or providing access to the funds, to another person.

   e. Upon entry of this Decree, Defendant is permanently prohibited and enjoined from, directly or indirectly, assisting, facilitating, or participating in any money transmitting business.

4. The Consent Decree shall not be modified except in writing by Plaintiff and the Defendant and approved by the Court.

5. This Consent Decree shall constitute a final judgment and order in this action.

6. This Court retains jurisdiction of this action for the purpose of enforcing or modifying this Consent Decree and for the purpose of granting such additional relief as may be necessary or appropriate.

**DATED: December 4, 2025**               s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **U.S. District Judge**

We hereby consent to the entry of the foregoing Consent Decree and Final Judgment:

                                                **FOR PLAINTIFF:**

                                                UNITED STATES OF AMERICA

                                                STEVEN D. WEINHOEFT
                                                United States Attorney

                                                */s/ Adam E. Hanna*
Dated:12/2/2025                          Adam E. Hanna
                                                Assistant United States Attorney
                                                9 Executive Drive
                                                Fairview Heights, IL 62208
                                                618-206-3510
                                                adam.hanna@usdoj.gov


                                                **FOR DEFENDANT:**

                                                */s/ Marcia A. Johnston w/consent*
Dated: 11/24/2025                     Marcia A. Johnston